UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DALE-EDWARD: BULLER,<br><br>          Petitioner,<br><br>   vs.<br><br>SCOTT COSTLOW,<br>FIRST SAVINGS BANK,<br>ATTORNEY GENERAL OF THE UNITED STATES, and<br>ATTORNEY GENERAL OF SOUTH DAKOTA,<br><br>          Respondents. | 4:14-MC-00144-KES<br><br><br>ORDER DISMISSING CASE |

      Petitioner's motion to quash IRS summons was referred to United States Magistrate Judge Veronica Duffy. The United States of America moved to dismiss the lawsuit on the basis that the IRS has withdrawn the summonses at issue in this case, rendering the dispute moot. On February 11, 2015, the magistrate judge issued an order to show cause why this matter should not be dismissed as moot. Buller did not respond. On March 10, 2015, the magistrate judge issued a report and recommended that the case be dismissed without prejudice. Buller did not file any objections. Good cause appearing, it is

      ORDERED that the court adopts the magistrate judge's report and recommendation (Docket 14), and the petition to quash is dismissed without prejudice.

      Dated April 1, 2015.

                                          BY THE COURT:

                                          /s/ *Karen E. Schreier*
                                          KAREN E. SCHREIER
                                          UNITED STATES DISTRICT JUDGE